MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL (State Bar No. 257163)
carrie.gonell@morganlewis.com
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Tel:   714.830.0600
Fax:   714.830.0700

Attorneys for Defendant
PETSMART, INC.

GRAHAMHOLLIS APC
Graham S.P. Hollis (State Bar No. 120577)
ghollis@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Tel:   619.692.0800
Fax:   619.692.0822

Attorneys for Plaintiff
WILLIAM L. MILBURN

# UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| WILLIAM L. MILBURN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PETSMART, INC., and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:18-CV-00535-DAD-SKO<br><br>Honorable Sheila K. Oberto<br><br>**ORDER GRANTING JOINT STIPULATION FOR FURTHER EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>(Doc. 7)<br><br><br>Complaint Filed:   October 27, 2016 |

1

DB2/ 34334370.2

//

The Court is in receipt of the parties' "Joint Stipulation for Further Extension of Time to File Plaintiff's Motion for Preliminary Approval of Class Action Settlement." (Doc. 7.) Pursuant to the parties' stipulation, and good cause appearing, the filing deadline for Plaintiff's Motion for Preliminary Approval of Class Action Settlement, currently due September 19, 2018, SHALL BE EXTENDED by seven (7) days to September 26, 2018. In further accordance with the parties' stipulation, the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement is set for November 6, 2018, at 9:30 a.m. in Courtroom 5 (DAD) before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 19, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

DB2/ 34334370.2