GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Nathan Reese (SBN 283150)
nreese@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff WILLIAM L. MILBURN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MILBURN, individually and on behalf of all other current and former similarly situated and aggrieved employees of DEFENDANTS in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC., and DOES 1 THROUGH 50, inclusive,<br><br>Defendant. | Case No.:   1:18-CV-00535-DAD-SKO<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION (UNOPPOSED) FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    November 6, 2018<br>Time:    9:30 AM<br>Dept:    5<br>Judge:   Dale A. Drozd |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on November 6, 2018 at 9:30 a.m. or as soon thereafter as the matter can be heard in Department 5, Seventh Floor, of the above entitled courthouse, located at 2500 Tulare Street, Fresno, CA 93721.  Plaintiff William Milburn, on behalf of himself and the putative class, will and hereby does move the Court for an order: (1) Preliminarily Approving Settlement of Plaintiff's Class Claims as stated in the Joint Stipulation of Settlement and Release; (2) Conditionally certifying the case for settlement purposes; (3) Approving and directing distribution of the Notice of Class Action Settlement; (4) Appointing the Class Representative and Class Counsel; and (5) Scheduling a Final Approval Hearing.

This Motion is supporting by the following documents: (1) Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement; (2) Declaration of Graham S.P. Hollis In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, and the Exhibits attached thereto; (3) Declaration of William L. Milburn in Support of Settlement; (4) [Proposed] Order Granting Preliminary Approval; and (5) all records and pleadings filed in this actions and such argument and evidence which may be presented at or before the hearing.

Respectfully submitted,

Dated: September 26, 2018                                   GRAHAM**HOLLIS** APC

                                                By:   /s/ Graham S.P. Hollis
                                                      GRAHAM S.P. HOLLIS
                                                      VILMARIE CORDERO
                                                      NATHAN REESE
                                                      Attorneys for Plaintiff