DocuSign Envelope ID: E016285C-C629-4D9D-88A5-3525F32DC643

GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Nathan Reese (SBN 283150)
glaval@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff WILLIAM L. MILBURN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L MILBURN, individually and on behalf of all other current and former similarly situated and aggrieved employees of DEFENDANTS in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC., DOES 1 THROUGH 50, inclusive,<br><br>Defendant. | Case No.: 1:18-CV-00535-DAD-SKO<br><br>**DECLARATION OF WILLIAM L. MILBURN IN SUPPORT OF APPROVAL OF CLASS ACTION SETTLEMENT** |

I, William Milburn, declare as follows:

1. I am over eighteen years of age and am a resident of Fresno, California. I am the Plaintiff in the above-captioned action.

2. I make this declaration based upon my personal knowledge. I could and would competently testify as to the facts set forth herein if called upon to do so.

3. I was employed by Petsmart Inc. in California from April 2012 through November 2015.

4. I worked as a Pets Hotel Manager and I was classified as an exempt employee for the purposes of California's wage and hour laws. In April 2015 my job title changed to Pet Hotel Leader and my classification changed to a non-exempt employee.

5. In many but not all Petsmart locations Petsmart offers pet boarding and daycare services

in an area of the store designated as a Pet Hotel. As a manager I was responsible for the operations of the Pet Hotel. I was not required to hold any certifications or licenses in order to perform my work. I was responsible for the training and scheduling of the Petsmart Associates who worked in the Pet Hotel. I would respond to customer questions or complaints. I was responsible for maintaining inventory levels of various supplies used at the Pet Hotel. I was required to report to the Petsmart Store Manager. I did not have the authority to hire or firs employees and I was required to follow Petsmart guidelines in performing my work.  It was my experience that I was able to complete the supervisorial duties in far less than 50% of the time I was scheduled to work.  The remainder of my time was spent performing non-managerial work such as greeting customers, caring for the pets and cleaning up after the pets.  As a non-exempt Pet Hotel Manager I was not paid overtime for times I worked more than eight hours per day or forty hours per week.  I also was not always able to take meal and rest breaks due to the pressure of work and lack of coverage to be relieved from my work position.

6. In approximately April 2015 I was told that my title would now be Pets Hotel Leader and that from that time forward I would be a non-exempt employee.  There was very little, if any, change in my job duties but I was able for the most part to take meal and rest breaks. If I worked more than eight hours in a day or forty hours in a week I was paid overtime pay.  Overtime was discouraged and there were times when I was not paid for all of my time performing services for Petsmart. I would often be called by a Pet Hotel associate while I was off duty and asked questions about a variety of work-related issues. I was not compensated for this time.  As a Pets Hotel Leader I was generally provided the opportunity to take meal and rest breaks however, there were times when the breaks were taken late or interrupted due to questions from associates and customers.

7. I consulted with my attorneys about the various violations of wage and hour laws that I endured and after much thought I decided I would move forward with a class action rather than simply seek resolution of my individual claims. I knew that this course might be lengthy and that if I simply chose to file a claim with the Labor Commissioner I probably would have been able to resolve the claim much faster.

8. I understood that there were risks due to my involvement as a named plaintiff in a class action lawsuit against a large national corporation. For instance, if I lost, I much have to face a judgment

**DECLARATION OF WILLIAM MILBURN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

DocuSign Envelope ID: E016285C-C629-4D9D-88A5-3525F32DC643

for some of Petsmart's legal costs. I knew that my name might be found by anyone including future prospective employers just by performing a Google search. Even with understanding all these risks I was willing to move forward and bring this case on behalf of the other employees that I believed were not properly classified and who were not paid all of their wages. I was not afraid to stand up for what I believed was right but I was still nervous about the possible negative consequences.

9. I authorized the filing of the class action and representative action lawsuit against Petsmart on October 26, 2016 in Fresno County Superior Court. Since that time I have served as the only named plaintiff in the case.

10. I understood that as the named Plaintiff a lot of work would be required of me and I was willing to perform that work in order to assist my attorneys in bringing this lawsuit.

11. I spent many hours being interviewed by my attorneys regarding the various aspects of my work for Petsmart. I worked with them to assist them in formulating questions to be asked to Petsmart and helped them know which documents to ask to be produced. After my attorneys obtained documents from Petsmart I worked with them to explain the various terminology and to better understand the policies and practices of Petsmart both as written and in practice. I also provided my attorneys with the names of people who they could interview to get more information.

12. Earlier this year a mediation took place in San Francisco at the office of a mediator. I spent time with my attorneys answering questions and helping them to calculate the amount of wages that were not paid in order to be prepared for the mediation. I took two days off work and drove from Fresno to San Francisco for the mediation which lasted all day. Because the mediation started early I had to drive to San Francisco the day before and spent the night at a nearby hotel. As the mediation went into the evening I also has to spend another night in a hotel and drove home the next day. At the mediation I was available to respond to questions from my attorneys and the mediator.

13. The mediation was successful and I believe the amount being paid is a fair resolution of the case especially as I understood the time and risks involved if I had to proceed to trial.

14. As part of the settlement I was told that I would have to agree to provide Petsmart with a complete release of every possible claim against them rather than simply the release for wage and hour claims alleged in the complaint. I agreed to this additional release if it meant that the case could be resolved

favorably. I estimate that I have spent approximately 35-40 hours assisting my attorneys in this case since I retained them in 2016.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: 9/19/2018

By: _____
WILLIAM MILBURN

GrahamHollis APC
3555 Fifth Avenue Suite 200
San Diego, California 92103

Case 1:18-cv-00535-DAD-SKO   Document 9-3   Filed 09/26/18   Page 4 of 4

4
**DECLARATION OF WILLIAM MILBURN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**