GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@graham**hollis**.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Nathan Reese (SBN 283150)
nreese@grahamhollis.com
3555 Fifth Avenue, 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff William L. Milburn

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. MILBURN, individually and on behalf of all other current and former similarly situated and aggrieved employees of DEFENDANTS in the State of California,<br><br>    Plaintiff,<br><br>    v.<br><br>PETSMART, INC., DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:   1:18-CV-00535-DAD-SKO<br><br>CERTIFICATE OF SERVICE |

///
///
///
///
///
///
///
///
///

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

I am employed in the State of California, County of San Diego. I am over the age of 18 and not a party to the within suit: my business address is 3555 Fifth Avenue, Suite 200, San Diego, California 92103.

On September 26, 2018, I served the documents described as:

1. **NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**

3. **DECLARATION OF GRAHAM S.P. HOLLIS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**

4. **DECLARATION OF WILLIAM MILBURN IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**

5. **[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

on the interested parties in this action by sending on the interested parties in this action [ ] the original [or] [ X ] a true copy thereof [X ] to interested parties as follows:

MORGAN, LEWIS & BOCKIUS LLP
Carrie A. Gonell (SBN 257163)
cgonell@morganlewis.com
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Telephone: 949.399.7000
Facsimile: 949.399.7001
Attorneys for Defendant PETSMART, INC.

☒ **BY ECF:** I hereby certify that this document was served by San Diego, California, by ECF delivery on the parties listed herein at their more recent known email addresses or e-mail of record in this action.

☒ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**SERVICE UPON LABOR AND WORKFORCE DEVELOPMENT AGENCY ("LWDA")**

On September 25, 2018, I provided the Proposed Settlement to the Labor and Workforce Development Agency (LWDA) by transmitting such document electronically through the LWDA's website, http://www.dir.ca.gov/Private-Attorneys-General-Act/Private-Attorneys-General-Act.html, using the appropriate intake form.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of September, 2018, at San Diego, California.

*Maggie Valdez*
Maggie Valdez