GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Nathan Reese (SBN 283150)
nreese@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff WILLIAM MILBURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L MILBURN, individually and on behalf of all other current and former similarly situated and aggrieved employees of DEFENDANTS in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC., DOES 1 THROUGH 50, inclusive,<br><br>Defendant. | Case No.:   1:18-CV-00535-DAD-SKO<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>Date:       September 17, 2019<br>Time:      9:30 AM<br>Judge:    Dale A. Drozd<br>Dept.:     5, 7th Floor |

TO THE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 17, 2019 at 9:30 a.m. in Courtroom 5 on the 7th Floor of the United States District Court for the Eastern District of California – located at 501 I Street, Sacramento, California 95814, Plaintiff William Milburn ("Plaintiff"), on behalf of himself and all others similarly situated, will, and hereby will move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Judgment and Final Order approving the class and collective action settlement reached between Plaintiff and Defendant PetSmart, Inc. (collectively "the Parties") in this case, and in particular:

///

1. Approving the class and collective action settlement and distribution plan agreed upon by the Parties and preliminarily approved by the Court, which entails the distribution of a Maximum Settlement Amount of $1,350,000 to the Settlement Class Members, Class Counsel, the California Labor Workforce Development Agency, the Class Representative, and the Settlement Administrator;

2. Approving that $340,000 of the Maximum Settlement Amount be designated to resolve Private Attorneys General Act ("PAGA") claims, and that under Labor Code section 2699(i), 75% ($255,000) of the penalty payment will be paid to the California Labor and Workforce Development Agency (LWDA), and 25% ($85,000) will be distributed to Settlement Class Members who filed valid claims in proportion to their Individual Settlement Amounts;

3. Finally approving the payment, from the Total Settlement Fund of $5,000 to Plaintiff William Milburn in recognition of his service to the Settlement Class, time spent, and risks undertaken as named Plaintiff;

4. Finally certifying the Settlement Class, as defined in the parties Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement") and the Court's Order Granting Preliminary Approval, for settlement purposes;

5. Finally appointing GrahamHollis APC as Class Counsel, as defined in the Settlement Agreement, for purposes of settlement;

6. Finally appointing Plaintiff William Milburn as a Class Representative for the PetsHotel Manager Class, PetsHotel Leader Class, PetsHotel Seating Class, and Waiting Time Penalties Subclass, as defined in the Settlement Agreement;

7. Finally approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Settlement Agreement, and the Maximum Settlement Amount of $1,350,000, to be allocated and paid pursuant to the terms of the Settlement Agreement, and ordering the Parties and the Settlement Administrator carry out the terms of the Settlement;

8. Finally approving the payment of $25,000 to the Settlement Administrator previously appointed by the Court, Rust Consulting Inc, for costs actually incurred and documented by the Settlement Administrator;

10. Binding the parties to the terms of the Settlement Agreement, including the Release

specified therein, all of the other Settlement Class Members; and

    11.    Entering Judgment and Order in favor of the Final Approval of Class Action Settlement and Final Approval of Attorney's Fees and Costs.

In support of this Motion, Plaintiff will rely on this Notice of Motion and the accompanying Memorandum of Points and Authorities and the Declaration of Graham S.P. Hollis, Esq. in Support of Plaintiffs' Unopposed Motion for Final Approval and the Exhibits attached thereto, the Supplemental Declaration of Sara Schwermer-Sween on Behalf of Settlement Administrator Rust Consulting, the Memorandum of Points and Authorities in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 9-1), Declaration of Graham S.P. Hollis In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 9-2), Supplemental Declaration of Graham S.P. Hollis In Support of Plaintiff's Motion for Preliminary Approval of Class Action and FLSA Collective Action Settlement (Dkt. No. 13), Supplemental Declaration of Graham S.P. Hollis In Support of Plaintiff's Motion for Preliminary Approval of Class Action and FLSA Collective Action Settlement (Dkt. No. 14), and Declaration of Sara Schwermer-Sween on Behalf of Settlement Administrator Rust Consulting (Dkt. 16-3), and the Declaration of William L. Milburn In Support of Approval of Class Action Settlement (Dkt. No. 9-3), and on such other evidence and argument as may be submitted to the Court at or before the Final Approval Hearing.

Dated: August 20, 2019                GRAHAM**HOLLIS** APC

By:   */s/ Graham S. P. Hollis*
       GRAHAM S.P. HOLLIS
       VILMARIE CORDERO
       NATHAN REESE
       Attorneys for Plaintiff WILLIAM MILBURN